UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

TO:        Counsel of Record; Probation Officer Carrie Lacy

FROM:     Judge Peter J. Messitte

RE:        United States of America v. McClellan Walther
            Cr. No. PJM 06-397

DATE:     June 14, 2023

\* \* \*

The Court is in receipt of a letter from McClellan Walther requesting that the Court terminate his life term of supervised release. Mr. Walther pled guilty to Possession of Child Pornography (18 U.S.C. 2252 4 (B)) on April 3, 2007. At that time, he was sentenced to 48 months incarceration and a life term of supervised release. Mr. Walther has been on supervised release for over twelve (12) years.

Mr. Walther indicates that his probation officer, Carrie Lacy, approves of this request to terminate his term of supervised release. However, neither Ms. Lacy nor the Government has filed a response in writing.

The Court requests that both parties file written responses within thirty (30) days.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                             /s/
                                          PETER J. MESSITTE
                                        UNITED STATES DISTRICT JUDGE

cc:        Court File